# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-2473 Barreto, Jr. et al. v. Montgomery County, Maryland |
| **Originating No. & Caption** | 8:26-cv-02912-DKC Barreto et al. v. Mont. Co. MD |
| **Originating Court/Agency** | District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1292(a)(1) | |
| Time allowed for filing in Court of Appeals | na | |
| Date of entry of order or judgment appealed | September 10, 2026 | |
| Date notice of appeal or petition for review filed | October 9, 2026 | |
| If cross appeal, date first appeal filed | na | |
| Date of filing any post-judgment motion | na | |
| Date order entered disposing of any post-judgment motion | na | |
| Date of filing any motion to extend appeal period | na | |
| Time for filing appeal extended to | na | |
| Is appeal from final judgment or order? | ○ Yes | ◉ No |
| If appeal is not from final judgment, why is order appealable? The appeal is from a denial of a motion for a preliminary injunction which is appealable under 28 U.S.C. 1292(a)(1) | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | na | |
| Case number of any pending appeal in same case | na | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | See attached. | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

The suit is a challenge to the enactment by defendant Montgomery County, MD of Bill 23-26, which amended Chapter 57 of the County Code to ban persons with MD carry permits from carrying a firearm outside a vehicle anywhere on or within 100 yards of "a place of public assembly" as that term was defined by Bill 23-26. The suit also challenges provisions of Bill 23-26 that further amended Chapter 57 to provide to impose a ban on the possession and transport of any long gun by a permit holder and of any firearm by non-permit holders, on the person or in a vehicle, unless the firearm is locked in a container, subject to limited exceptions. These provisions are challenged under the Second Amendment to the U.S. Constitution, as an illegal "general law" under the Maryland Constitution and as in conflict with State statutory law.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Under Count I of the Complaint, whether provisions of Bill 23-26, as enacted by defendant Montgomery County constitute an illegal "general law" under the Maryland Constitution, as construed by the Maryland Supreme Court in Engage Armament LLC v. Montgomery County, Md., 494 Md. 1 (2026).

2. Under Count II of the Complaint, whether provisions of Bill 23-26, as enacted by defendant Montgomery County are in conflict with Maryland statutes and thus preempted by State law, as construed by the Maryland Supreme Court in Engage Armament LLC v. Montgomery County, Md., 494 Md. 1 (2026).

3. Under Count III of the Complaint, whether provisions of Bill 23-26 as enacted by the defendant Montgomery County violate the Second and 14th Amendments of the U.S. Constitution because it “hobbles what the Second Amendment protects: the right of Americans to carry arms for self-defense as they go about their daily lives” within the meaning of the Supreme Court's decision in Wolford v. Lopez, 609 U.S. 185, 189 2026)

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Montgomery County, Maryland<br>Attorney: See attached<br>Address: See attached<br>E-mail:<br>Phone: | Adverse Party:<br>Attorney:<br>Address:<br>E-mail:<br>Phone: |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party:<br>Attorney:<br>Address:<br>E-mail:<br>Phone: | Adverse Party:<br>Attorney:<br>Address:<br>E-mail:<br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: See Attached<br><br>Attorney: See Attached<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

| **Appellant (continued)** | |
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Mark W. Pennak **Date:** 10/19/2026

**Counsel for:** Plaintiffs/Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on 10/19/2026 by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| On all counsel of record via CM/ECF | |
| Signature: /s/ Mark W. Pennak | Date: 10/19/2026 |

**PLAINTIFFS/APPELLANTS:**

Julio Barreto, Jr.
Dr. Howard Sachs
Matthew Edward Moore
Alan Ducan
Arthur Scott Thacher
Maryland Shall Issue, Inc.

**All plaintiffs-appellants are represented by:**

Mark W. Pennak
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd, Ste C #1015
Baltimore, MD 21234
mpennak@marylandshallissue.org
301 873 3671

Matthew Larosiere
6964 Houlton Cir.
Lake Worth FL 33467
Larosieremm@gmail.com
561 452 7575

**RELATED CASES:**

*Maryland Shall Issue, Inc. v. Montgomery County, Md.,* No. 23-1719 (4th Cir.), which is being held in abeyance pending a decision by the Supreme Court on the petition for certiorari filed by the plaintiffs-appellants in *Kipke v. Moore*, 165 F.4th 194, 218-19 (4th Cir. 2026), *petition for certiorari pending, sub nom*, *Novotny v. Moore*, No. 25-1324 (U.S. filed May 20, 2026). The order holding the case in abeyance can be found at *MSI v. Montgomery County, Md.*, No. 23-1719 ECF # 137 (4th Cir. May 22, 2026). The mandate of the Fourth Circuit in *Kipke* was stayed pending action by the Supreme Court. *Kipke v. Moore*, No. 1799L, Dkt. # 95 (4th Cir. March 2, 2026). All these matters fall within the category of "related cases."

**ADVERSE PARTIES COUNSEL:**

Jeffrey M. Schwaber
jschwaber@steinsperling.com

Deanna L. Peters
dpeters@steinsperling.com
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

Erin J. Ashbarry
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
*Attorneys for Montgomery County, Maryland*