**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

November 17, 2026

---

NOTICE

---

No. 26-2473, Julio Barreto, Jr. v. Montgomery County, Maryland
8:26-cv-02912-DKC

TO: Counsel

Please be advised that the parties are directed to file any appropriate motion or statement regarding their position on further proceedings in this appeal by December 1, 2026.

K. Hancock, Deputy Clerk
804-916-2702